SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL: (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

FILED
Clerk
District Court

FEB 27 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> **VINCENT MASGA SONGSONG,** <br><br> Defendant. | Criminal Case No. CR 24-00009 <br><br> **INDICTMENT** <br><br> **Count One:** <br> Possession of Child Pornography <br> 18 U.S.C. §§ 2252(a)(4)(B), (b)(2) <br><br> **Criminal Forfeiture Allegation:** <br> 18 U.S.C. § 2253 |

THE GRAND JURY CHARGES THAT:

**Introduction**

At all times material to this Indictment:

1.  **VINCENT MASGA SONGSONG** (hereinafter "Defendant") is a citizen of the United States of America and resident of the island of Rota in the Commonwealth of the Northern Mariana Islands (CNMI). On December 3, 2015, Defendant was convicted in the United States District Court for the District of the Northern Mariana Islands, case number 1:14-cr-00018, of Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B), (b)(2).

//

INDICTMENT - 1

**Count One:**
Possession of Child Pornography
18 U.S.C. §§ 2252(a)(4)(B), (b)(2)

2. The allegation in paragraph one (1) is re-alleged and incorporated as if fully set forth herein.

3. On or about June 22, 2023, in the District of the Northern Mariana Islands, Defendant **VINCENT MASGA SONGSONG** knowingly possessed matter – namely a Samsung Galaxy A13 cellular phone, serial number R58T5Z5K3H – containing a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and Defendant knew that the production of said visual depiction involved the use of a minor – specifically, a prepubescent minor or a minor who had not attained twelve years of age – engaging in sexually explicit conduct, and that said visual depiction was of this conduct.

4. All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

### CRIMINAL FORFEITURE ALLEGATION

5. The allegations contained in paragraphs one through four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

6. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, the Defendant, **VINCENT MASAGA SONGSONG**, shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

INDICTMENT - 2

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

7. The property to be forfeited includes, but is not limited to, the following:

   a. Samsung, model Galaxy A13 cellular phone, serial number R58T5Z5K3H, seized on June 27, 2023, by the Federal Bureau of Investigation (FBI) at the United States Probation Office (USPO) on the island of Saipan pursuant to a search warrant (originally seized by USPO from Defendant's person on June 22, 2023);

   b. Blu, model G60 cellular phone, seized on July 20, 2023, by the FBI at Defendant's residence pursuant to a search warrant;

   c. Samsung cellular phone, with IMEI number 351283766023581, seized on July 20, 2023, by the FBI at Defendant's residence pursuant to a search warrant;

   d. Samsung cellular phone, with IMEI number 350/629/19/815630/9, and IMEI number 354639/73/815630/3, seized on July 20, 2023, by the FBI at Defendant's residence pursuant to a search warrant; and

   e. Money Judgment.

8. If any of the property described above, as a result of any act or omission of Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

INDICTMENT - 3

  e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

  9. All pursuant to Title 18, United States Code, Section 2253.

Dated this 27th day of February 2024.

                A TRUE BILL.

Signature of foreperson has been **REDACTED** pursuant to the Privacy Policy of the Judicial Conference of the United States.

SHAWN N. ANDERSON
United States Attorney

By: *[signature]*
ALBERT S. FLORES, JR.
Assistant United States Attorney

INDICTMENT - 4